█ JULIETTE FAIRLEY, Appellant, v KEVIN CRAIG WEST, Doing Business as MO BETTA FILMS, et al., Respondents. [60 NYS3d 661]—Appeal from order, Supreme Court, New York County (Kathryn Freed, J.), entered October 15, 2015, which, sua sponte, dismissed the action, unanimously dismissed, without costs.

An order issued sua sponte is not appealable as of right (*see* CPLR 5701 [a] [2]; *Sholes v Meagher*, 100 NY2d 333, 335 [2003]). Plaintiff's remedy is to move to vacate the court's order, should her claims have merit. Concur—Friedman, J.P., Renwick, Andrias, Moskowitz and Gesmer, JJ.